TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN RAY MCCONNELL,<br><br>      Plaintiff,<br><br>      v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No.: 3:25-cv-00602-CSD<br>ORDER GRANTING<br>**STIPULATION TO VOLUNTARY<br>REMAND PURSUANT TO SENTENCE<br>FOUR OF 42 U.S.C. § 405(g) AND TO<br>ENTRY OF JUDGMENT FOR<br>PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Commissioner will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary and offer Plaintiff the opportunity for a hearing. The ALJ will reconsider the pertinent issues, including, but not limited to, evaluating

the medical opinions and prior administrative medical findings in the record pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: April 1, 2026          Respectfully submitted,

                                           LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                           /s/ Marc V. Kalagian
                                           MARC V. KALAGIAN
                                           (*as authorized via email on April 1, 2026)
                                           Attorney for Plaintiff


Dated: April 1, 2026          Respectfully submitted,

                                           SIGAL CHATTAH
                                           First Assistant United States Attorney


                                           /s/ David Priddy
                                           DAVID PRIDDY
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant


                                           IT IS SO ORDERED:

                                           C.S.D.
                                           _____
                                           HON. CRAIG S. DENNEY
                                           UNITED STATES MAGISTRATE JUDGE


                                           DATED:  April 2, 2026

2